Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−15012−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Phillip S Barbour                          Maria A Barbour
   50 Tidewater Lane                          50 Tidewater Lane
   Willingboro, NJ 08046                      Willingboro, NJ 08046

Social Security No.:
   xxx−xx−2331                                xxx−xx−1304

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          5/16/18
Time:          10:00 AM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 2, 2018
JAN: amg

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-15012-CMG
Phillip S Barbour                                                               Chapter 13
Maria A Barbour
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                 Page 1 of 1             Date Rcvd: Apr 02, 2018
                              Form ID: 132                Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2018.
db/jdb         +Phillip S Barbour,   Maria A Barbour,    50 Tidewater Lane,    Willingboro, NJ 08046-3841
cr             +Federal National Mortgage Association (FANNIE MAE),    RAS Citron, LLC,
                 130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
517387824       Comcast,   PO Box 3001,   Southeastern, PA 19398-3001
517387825      +Credit Acceptance Corp,   25505 W 12 Mile Road,    suite 3000,   Southfield, MI 48034-8331
517387827       Geico,   One Geico Plaza,   Bethesda, MD 20810-0001
517387829      +Midfirst Bank a/k/a Midland Mortgage,   c/o KML Group,    216 Haddon Avenue,   Suite 406,
                 Collingswood, NJ 08108-2812
517387830       Midland Mortgage,   PO Box 268806,   Oklahoma City, OK 73126-8806
517387831      +NJ Department of Labor,   PO BOX 951,   Trenton, NJ 08625-0951
517387833       PSE&G CO,   PO BOX 14444,   New Brunswick, NJ 08906-4444
517387832      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   NJ Division of Taxation,    50 Barrack Street,   Trenton, NJ 08695)
517387834      +Seterus,   PO BOX 1077,   Hartford, CT 06143-1077
517387835      +Willingboro Municipal Utility Authority,    433 John F. Kenndy Way,   Willingboro, NJ 08046-2123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2018 00:52:14      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2018 00:52:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517387826       E-mail/PDF: creditonebknotifications@resurgent.com Apr 03 2018 00:48:51      Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
517387828       E-mail/Text: cio.bncmail@irs.gov Apr 03 2018 00:51:49      IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Eric   Clayman    on behalf of Debtor Phillip S Barbour jenkins.clayman@verizon.net
              Eric   Clayman    on behalf of Joint Debtor Maria A Barbour jenkins.clayman@verizon.net
              Laura M. Egerman    on behalf of Creditor    Federal National Mortgage Association (FANNIE MAE)
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5