UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RAS Citron, LLC**

Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Kevin M. Buttery, Esq. (KB-3800)

Order Filed on July 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**PHILLIP S. BARBOUR and
MARIA A. BARBOUR,**

　　　　**Debtors.**

Case No.:　　18-15012-CMG

Chapter:　　13

Hearing Date:  July 18, 2018

Judge:　　　Christine M. Gravelle

---

Recommended Local Form:　　☑ Followed　　❑ Modified

---

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: July 23, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page **2**
Debtors:        **Phillip S Barbour and Maria A Barbour**
Case No.:      **18-15012-CMG**
Caption of Order:   **Order Vacating Stay**

_____

Upon the motion of FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☑ Real property more fully described as:

**50 Tidewater Lane, Willingboro, New Jersey 08046**

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtors, any trustee, and any other party who entered an appearance on the motion.