Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  18−15012−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Phillip S Barbour                                Maria A Barbour
   50 Tidewater Lane                               50 Tidewater Lane
   Willingboro, NJ 08046                      Willingboro, NJ 08046

Social Security No.:
   xxx−xx−2331                                       xxx−xx−1304

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on August 2, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 2, 2018
JAN: bwj

                                                                               Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-15012-CMG
Phillip S Barbour                                                       Chapter 13
Maria A Barbour
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2           Date Rcvd: Aug 02, 2018
                              Form ID: 148              Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2018.
```
db/jdb         +Phillip S Barbour,    Maria A Barbour,    50 Tidewater Lane,    Willingboro, NJ 08046-3841
cr             +Federal National Mortgage Association (FANNIE MAE),    RAS Citron, LLC,
                 130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
517387824       Comcast,    PO Box 3001,    Southeastern, PA 19398-3001
517387825      +Credit Acceptance Corp,    25505 W 12 Mile Road,    suite 3000,    Southfield, MI 48034-8331
517547633      +Federal National Mortgage Association,     c/o Seterus, Inc.,    PO Box 1047,
                 Hartford, CT 06143-1047
517387827       Geico,    One Geico Plaza,    Bethesda, MD 20810-0001
517487973      +MidFirst Bank,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
517387829      +Midfirst Bank a/k/a Midland Mortgage,    c/o KML Group,    216 Haddon Avenue,    Suite 406,
                 Collingswood, NJ 08108-2812
517387830       Midland Mortgage,    PO Box 268806,    Oklahoma City, OK 73126-8806
517387831      +NJ Department of Labor,    PO BOX 951,    Trenton, NJ 08625-0951
517387833       PSE&G CO,    PO BOX 14444,    New Brunswick, NJ 08906-4444
517387832      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   NJ Division of Taxation,     50 Barrack Street,    Trenton, NJ 08695)
517387834      +Seterus,    PO BOX 1077,    Hartford, CT 06143-1077
517387835      +Willingboro Municipal Utility Authority,     433 John F. Kenndy Way,    Willingboro, NJ 08046-2123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2018 00:04:41      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2018 00:04:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: IRS.COM Aug 03 2018 03:33:00     United States of America (Internal Revenue Service,
                 U.S. Attorney's Office,    970 Broad Street,    Suite 700,    Newark, NJ  07102-2535
517387826       EDI: RCSFNBMARIN.COM Aug 03 2018 03:33:00      Credit One Bank,    PO Box 98873,
                 Las Vegas, NV 89193-8873
517543922       EDI: RESURGENT.COM Aug 03 2018 03:33:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
                                                                                               TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517387828*      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
517466400*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,     Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2018 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Aug 02, 2018
                              Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Eamonn  O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov
          Eric   Clayman    on behalf of Debtor Phillip S Barbour jenkins.clayman@verizon.net, connor@jenkinsclayman.com
          Eric   Clayman    on behalf of Joint Debtor Maria A Barbour jenkins.clayman@verizon.net, connor@jenkinsclayman.com
          Kevin M. Buttery    on behalf of Creditor   Federal National Mortgage Association (FANNIE MAE) bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor   Federal National Mortgage Association (FANNIE MAE) bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
          Rebecca Ann Solarz    on behalf of Creditor   MIDFIRST BANK rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                           TOTAL: 9